## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL CADESCA,

    Plaintiff,

v.

WHIRLPOOL CORPORATION,

    Defendant.

No.:   2:26-cv-835

## NOTICE OF REMOVAL

Defendant Whirlpool Corporation ("Whirlpool"), expressly reserving all rights otherwise to respond to this lawsuit, hereby gives notice of its removal of this action on the following grounds:

1.    Plaintiff Daniel Cadesca commenced this action in the Court of Common Pleas of Philadelphia County, Pennsylvania, Civil Action No. 260101747. A copy of the complaint, including the summons, being all the process, pleadings, and orders served in the state-court action, accompanies this notice as **Exhibit A**.

2.    The complaint was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3.    The case that the complaint purportedly stated was and is removable.

4.    The summons and complaint were delivered to Whirlpool by mail on January 21, 2026. This notice is being timely filed within 30 days of service of the initial pleadings.

5.    This Court has jurisdiction over the state court action under 28 U.S.C. § 1332(a) on the basis of diversity of citizenship and the amount in controversy.

    a.    Plaintiff is an individual who resides in Philadelphia County, Pennsylvania.

b.      Whirlpool is a Delaware corporation with its principal place of business in Michigan.

c.      Plaintiff is a citizen of Pennsylvania, and Whirlpool is a citizen of Delaware and Michigan. Thus, complete diversity exists between the parties.

d.      The allegations set forth in the complaint establish that the amount in controversy in this case exceeds $75,000 exclusive of interest and costs.

e.      Plaintiff alleges property damages under claims for negligence, strict product liability, and breach of warranty relating to refrigerator allegedly manufactured by Whirlpool.

f.      Plaintiff seeks $337,616.42 for the alleged property damages. Thus, the amount in controversy of Plaintiff's alleged damages satisfies the jurisdictional requirement.

6.      The state-court action is removable under 28 U.S.C. § 1441(a)–(b) and § 1446.

7.      The state-court action is not a nonremovable action under 28 U.S.C. § 1445.

8.      Promptly after filing this notice, Whirlpool will give written notice to Plaintiff, and will file a copy with the Clerk of the state court.

Wherefore, Defendant Whirlpool Corporation respectfully asks that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Dated:  February 9, 2026

BARNES & THORNBURG LLP

*Lindsay C. Miller*
Chanda A. Miller (Atty. ID No. 206491)
Lindsay C. Miller (Atty. ID No. 330592)
1717 Arch Street, Suite 4900
Philadelphia, PA  19103-2825
Telephone:  (445) 201-8900
Facsimile:  (445) 201-8901
chanda.miller@btlaw.com
lindsay.miller@btlaw.com

*Attorneys for Defendant*
*Whirlpool Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing document was served via email and via the Court's CM/ECF system on all counsel of record.

Steven J. Payne
de LUCA LEVINE LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
Tel. 215-206-1912
Fax 215-383-0082
spayne@delucalevine.com

*Attorneys for Plaintiff*

Dated:  February 9, 2026                    *Lindsay C. Miller*
                                            Lindsay C. Miller (Atty. ID No. 330592)